IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>vs. )<br>)<br>TONJA L. HARVILL, )<br>               Defendant. )<br>and )<br>)<br>CHILD CARE RESOURCES, INC., )<br>               Garnishee. ) | CASE NO. 3:01CV323<br>(Financial Litigation Unit) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Dismissal of Writ of Garnishment" (Document No. 20) filed by the Government on June 29, 2006. For the reasons stated in the motion and for good cause shown, the Court will GRANT the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Dismissal of Writ of Garnishment" (Document No. 20) is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the "Writ of Continuing Garnishment" in this case (Document No. 19) issued against the Defendant, Tonja L. Harvill, on August 1, 2005, is hereby **DISMISSED**.

Signed: June 29, 2006

*[signature]*

David C. Keesler
United States Magistrate Judge