IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>v. )<br>   )<br>TONJA L. HARVILL, )<br>    Defendant, )<br>   )<br>and )<br>   )<br>CHILD CARE RESOURCES, INC., )<br>    Garnishee. ) | CASE NO. 3:01CV323<br>(Financial Litigation Unit) |

**ORDER OF CONTINUING GARNISHMENT**

The United States obtained a judgment against the defendant, Tonja L. Harvill ("Harvill") on April 14, 2003, in the amount of $14,922.85. Subsequently, the United States sought to garnish Harvill's wages. On July 6, 2006, the Court entered a Writ of Continuing Garnishment to Child Care Resources, Inc. ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Harvill's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The garnishee filed an Answer on August 11, 2006, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

IT IS HEREBY ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $14,765.06 computed through June 29, 2006. The garnishee will pay the United States 25% from Harvill's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Harvill or until further Order of this court.

Payments should be made payable to the United States Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, the following should be included on each check: Defendant Name: Tonja L. Harvill and Court Number: 3:01CV323.

Signed: September 1, 2006

David C. Keesler
United States Magistrate Judge