# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:01CV323-HM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br><br> TONJA L. HARVILL, <br>     Defendant. <br> and <br><br> CHILD CARE RESOURCES, INC., <br>     Garnishee. | **DISMISSAL OF ORDER** <br> **OF GARNISHMENT** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Dismissal of Writ of Garnishment" (Document No. 32) filed by the Government on November 21, 2008. For the reasons stated in the motion and for good cause shown, the Court will GRANT the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Dismissal of Writ of Garnishment" (Document No. 32) is **GRANTED**.

Signed: November 24, 2008

David C. Keesler
United States Magistrate Judge