IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:01CV323-MCK |
| ) | (Financial Litigation Unit) |
| TONJA L. HARVILL, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MECKLENBURG COUNTY ) | |
| HUMAN RESOURCE DEPARTMENT, ) | |
| Garnishee. ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Tonja L. Harvill is DISMISSED.

Signed: April 23, 2009

David C. Keesler
United States Magistrate Judge